Richard A. Epstein, P.C.
RE5186
2 Bucks Lane
Marlboro, NJ  07746
(732) 303-8599
Attorney for Emigrant Mortgage Company, Inc.
and Retained Realty, Inc.

**Order Filed on May 12, 2015
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

_____

In the Matter of:

Calm Development, Inc.

                    Debtor
_____:

: Case No. 13-25272 (DHS)
: (Chapter 11)
:
:
:
:
:
:

**ORDER DENYING DEBTOR'S MOTION TO REOPEN BANKRUPTCY CASE**

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED: May 12, 2015**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor:  Calm Development, Inc.
Chapter 11 Case No. 13-25272 (TBA)
Caption: **ORDER DENYING DEBTOR'S MOTION TO REOPEN BANKRUPTCY CASE**

The Debtor having filed a motion to reopen and reinstate this Bankruptcy case and Emigrant Mortgage Company, Inc. and Retained Realty, Inc. having filed opposition to the motion, and the Court having heard oral argument of the motion on April 28, 2015, and for good cause shown, it is hereby

**ORDERED**, that the Debtor's motion to reopen and reinstate this Bankruptcy case is denied for the reasons set forth by the Court on the record.